## Kelch's Estate.

Argued January 16, 1935.   Before Frazer, C. J., Simpson, Kephart, Schaffer, Maxey and Drew, JJ.

*Francis B. Bracken,* with him *Bevan A. Pennypacker, Walter M. Burkhardt* and *Ellwood J. Rotan,* for appellants.

*Joseph A. Allen,* with him *William F. Brennan,* for Emily L. Hellerman, one of appellees.

*Henry L. Schimpf, Jr.,* for Union Home for Old Ladies, a remainderman.

PER CURIAM, April 15, 1935:

The six judges who heard this appeal were equally divided in opinion. The decree of the Orphans' Court of

300

Philadelphia County is accordingly affirmed; costs to be paid by appellant.